**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Rodney Irchirl
In Proper Person
256 Water Turkey Ranch Road
Natchitoches LA 71457

**REHEARING ACTION: December 26, 2012**

**Docket Number: 12   00488-CA**

**RODNEY IRCHIRL**
**VERSUS**
**NATCHITOCHES PARISH SCHOOL BOARD, ET AL.**

**Appealed from Natchitoches Parish Case No. 83790, Div. A**

**BEFORE JUDGES:**

>   **Hon. Oswald A. Decuir**
>   **Hon. Billy Howard Ezell**
>   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rodney Irchirl** has this day been

>   **DENIED.**

cc: Robert Lloyd Hammonds, Counsel for the Appellee
    Pamela W. Dill, Counsel for the Appellee